CHEMICAL SEPARATION TECHNOL-
OGY, INC., and Sanford M. Stevenson,
Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2006–5114.

United States Court of Appeals,
Federal Circuit.

May 18, 2007.

Before NEWMAN, LOURIE, and
SCHALL, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

William L. CENTERS, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2007–5001.

United States Court of Appeals,
Federal Circuit.

May 18, 2007.

Before NEWMAN, RADER, and
GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

ALL COMPUTERS, INC.,
Plaintiff–Appellant,

v.

INTEL CORPORATION,
Defendant–Appellee.

No. 2007–1016.

United States Court of Appeals,
Federal Circuit.

May 18, 2007.

Rehearing Denied July 12, 2007.

Before NEWMAN, RADER, and
GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.